POLICY NUMBER 87050058832012

06/28/2012 TO 06/28/2013
POLICY TERM

$250,000.00
AMT OF BLDG COV AT TIME OF LOSS

$0.00
AMT OF CNTS COV AT TIME OF LOSS

DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

# PROOF OF LOSS

(See Attached Privacy Act Statement
and Paperwork Burden Disclosure Notice)

Bandelli Agency Inc
AGENCY

AGENCY AT

TO THE **Hartford Fire Insurance Company** OF _____

At the time of loss, by the above indicated policy of insurance, you insured the interest of Sarise J Dweck & Stephen P Dweck

56 Dover St, Brooklyn, NY 11235-3702

against loss by Flood to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

**TIME AND ORIGIN**   A Flood loss occurred about ____ on the 29 day of October, 2012, the cause of the said loss was: Flood

**OCCUPANCY**   The premises described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: Residential

**INTEREST**   No other person or persons had any interest therin or encumbrance thereon, except: Ing Bank Fsb

1. FULL AMOUNT OF INSURANCE applicable to the property for which claim is presented is ............... $250,000.00
2. ACTUAL CASH VALUE of building structure ............................................. $515,109.71
3. ADD ACTUAL CASH VALUE OF CONTENTS or personal property insured ........................ $0.00
4. ACTUAL CASH VALUE OF ALL PROPERTY ................................................. $515,109.71
5. FULL COST OF REPAIR OR REPLACEMENT .................................................. $55,504.07
6. LESS APPLICABLE DEPRECIATION ........................................................ $10,407.06
7. ACTUAL CASH VALUE LOSS is ........................................................... $45,097.01
8. LESS DEDUCTIBLES .................................................................... $5,000.00
9. **NET AMOUNT CLAIMED** under above numbered policy is (Pending Your Flood Carrier's Final Approval). **$40,097.01**

The said loss did not originate by any act, design or procurement on the part of your insured, nothing has been done by or with the privity or consent of your insured to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss, no property saved has in any manner been concealed, and no attempt to deceive the said insurer as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

**I understand that this Insurance (policy) is Issued Pursuant to the National Flood Insurance Act of 1968, or Any Act Amendatory thereof, and Applicable Federal Regulations in Title 44 of the Code of Federal Regulations, Subchapter B, and that knowingly and willfully making any false answers or misrepresentations of fact may be punishable by fine or imprisonment under applicable Unites States Codes.**

Subrogation - To the extent of the payment made or advanced under this policy; the insured hereby assigns, transfers and sets over to the insurer all rights, claims or interest that he has against any person, firm or corporation liable for the loss or damage to the property for which payment is made or advanced. He also hereby authorizes the insurer to sue any such third party in his name.

The insured hereby warrants that no release has been given or will be given or settlement or compromise made or agreed upon with any third party who may be liable in damages to the insured with respect to the claim being made herein.

The furnishing of this blank or the preparation of proofs by a representative of the above insurer is not a waiver of any of its rights.

I declare under penalty of perjury that the information contained in the foregoing is true and correct to the best of my knowledge and belief.

Executed this _____ day of _____, 20 ____

Signature _____
                         INSURED

Signature _____
                         INSURED

**REPLACES ALL PREVIOUS EDITIONS**

**EXHIBIT 1**

DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

# BUILDING REPLACEMENT COST PROOF OF LOSS

**Statement as to the full cost of repair or replacement under the replacement cost coverage, subject to the terms and conditions of this policy***

(See Attached Privacy Act Statement and Paperwork Burden Disclosure Notice)

Agency at:

Policy No: 87050058832012

Agent: Bandelli Agency Inc

Insured: Sarise J Dweck & Stephen P Dweck

Location: 56 Dover St
Brooklyn, NY 11235-3702

Type of Property Involved in Claim: Residential

Date of Loss: 10/29/2012

1. **Full Amount of Insurance** applicable to the property for which claim is presented was ................................... $250,000.00

2. **Full Replacement Cost** of the said property at the time of the loss was ....... $559,901.86

3. **The Full Cost of Repair or Replacement** is ................................... $55,504.07

4. Applicable Depreciation is ................................... $10,407.06

5. Actual Cash Value loss is ................................... $45,097.01
   ( Line 3 minus Line 4 )

6. Less deductibles and / or participation by the insured ................................... $5,000.00

7. **Actual Cash Value Claim** is ................................... $40,097.01
   ( Line 5 minus Line 6 )

8. **Supplemental Claim,** to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within 180 days from the date of loss shown above, will not exceed ................................... $9,916.72
   ( This figure will be that portion of the amounts shown on Lines 4 and 6 which is recoverable )

\* The Standard Flood Insurance Policy is subject to the National Flood Insurance Act of 1968 and any Acts Amendatory thereof, and Regulations issued by the Federal Insurance Administration pursuant to such statute(s).

ADJ. FILE NO: SIS-070613

_____ **Insured**

06070117
Adjuster's FCN License No.

_____ **Adjuster**
VaRonda Hamilton

DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
NATIONAL FLOOD INSURANCE PROGRAM

THE NFIP REQUIRES THAT A PRELIMINARY REPORT BE RECEIVED WITHIN 15 DAYS OF ASSIGNMENT, AND AN INTERIM OR FINAL REPORT NOT LATER THAN EVERY 30 DAYS THEREAFTER.

*See Privacy Act Statement and Paperwork Burden Disclosure Notice*

# FINAL REPORT

| | |
|---|---|
| INSURED: Sarise J Dweck | POLICY NUMBER: 87050058832012 |
| PROPERTY ADDRESS: 56 Dover St, Brooklyn, NY 11235-3702 | DATE OF LOSS: 10/29/2012 |
| ADJUSTING COMPANY: Simsol Insurance Services | ADJ. FILE NO.: SIS-070613 |

## PREMISES HISTORY

Date risk was originally constructed: 08/10/1930   Insured at premises: 04/10/1996

| Date of Alteration | Brief Description of Alteration | Market Value | Cost of Alteration | Type of Alteration | *Substantial Improvement? |
|---|---|---|---|---|---|
| 06/01/1997 | stucco, roof, finished basement | $477,519.41 | $45,000.00 | [ ] Repair [X] Recon [ ] Improve | [ ] Yes [X] No |
| | | | | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |
| | | | | [ ] Repair [ ] Recon [ ] Improve | [ ] Yes [ ] No |

*Defined as any repair, reconstruction, or improvement, the cost of which equals or exceeds 50% of the market value of the structure before the damage occurred or the reconstruction or improvement was begun.

Prior losses (approximate dates and amounts of loss):

| | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |
| | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |
| | Repairs completed? [ ] Yes [ ] No | Insured? [ ] Yes [ ] No | [ ] Insured but no claim made |

(Continue under Narrative if additional space is needed for alterations or prior losses.)

## INTEREST

Mortgagee(s): Ing Bank Fsb
Loss Payee(s): Stepen & Sarise Dweck

| Other Insurance: Tower Insurance | Homeowners | H0P2213801 | 882900 / 441450 | [ ] Yes [X] No |
|---|---|---|---|---|
| (Company) | (Type) | (Policy Number) | (Coverage Bldg/Cts) | (Covers flood?) |

## CLAIM SUMMARY

Duration building will not be habitable [X] 0-2 days [2] 3-7 days [3] 2-4 weeks [4] 1-2 months [5] more than 2 months

| Claim Recapitulation | Building | | Contents | | Totals |
|---|---|---|---|---|---|
| | Main*/Assn | Appurtenant/Unit | Main*/Assn | Appurtenant/Unit | |
| Property Value (RCV) | $477,519.41 | $82,382.46 | $0.00 | $0.00 | $559,901.87 |
| Property Value (ACV) | $439,317.85 | $75,791.86 | $0.00 | $0.00 | $515,109.71 |
| Gross Loss (RCV) | $52,190.65 | $3,313.42 | $0.00 | $0.00 | $55,504.07 |
| Covered Damage (ACV) | $42,273.93 | $2,823.08 | $0.00 | $0.00 | $45,097.01 |
| Removal / Protection | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Loss (ACV) | $42,273.93 | $2,823.08 | $0.00 | $0.00 | $45,097.01 |
| Less Salvage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Less Deductible | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Excess Over Limit | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Payable (ACV) | $37,273.93 | $2,823.08 | $0.00 | $0.00 | $40,097.01 |
| Damage from Other Cause | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Identify Cause:

Main building RCV: $477,519.41   Insured qualifies for R/C coverage? [X] Yes [ ] No [ ] Not Applicable
*Includes mobile home.   If yes, R/C claim: $9,916.72   Total Building Claim: $50,013.73

## EXCLUDED DAMAGES

| | Approximate value of property excluded: | Approximate damage to property excluded: |
|---|---|---|
| Excluded building damages: | [X] Less Than 1,000  [3] 2,000 - 5,000  [5] 10,000 - 20,000<br>[2] 1,000 - 2,000  [4] 5,000 - 10,000  [6] More than 20,000 | [X] Less Than 1,000  [3] 2,000 - 5,000  [5] 10,000 - 20,000<br>[2] 1,000 - 2,000  [4] 5,000 - 10,000  [6] More than 20,000 |
| Excluded contents damages: | [X] Less Than 1,000  [3] 2,000 - 5,000  [5] 10,000 - 20,000<br>[2] 1,000 - 2,000  [4] 5,000 - 10,000  [6] More than 20,000 | [X] Less Than 1,000  [3] 2,000 - 5,000  [5] 10,000 - 20,000<br>[2] 1,000 - 2,000  [4] 5,000 - 10,000  [6] More than 20,000 |

## ENCLOSURES

[X] Building Worksheets ( )   [X] Photographs ( 39 )   [X] Proof of Loss   [ ] Other _____
[ ] Contents Worksheets ( )   [X] Narratives ( pp )   [X] R/C Proof   [ ] Other _____

## CERTIFICATION

The above statements are true and correct to the best of my knowledge. I understand that any false statements may be punishable by fine or imprisonment under 18 U.S. Code Sec. 1001.

County of _____   Insured _____
State of _____   Insured _____
Signed this day of .   Witness _____

| 02/28/2013 | | | 06070117 |
|---|---|---|---|
| Date of Report | VaRonda Hamilton | Hartford Fire Insurance Company | Aduster's FCN No. |

**REPLACES ALL PREVIOUS EDITIONS**



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

# BUILDING ESTIMATE

## BUILDING INFORMATION

| | | |
|---|---|---|
| Type of Building: | Residential | |
| Type of Foundation: | Masonry Wall | |
| Exterior Walls: | Concrete Block | |
| Type of Roof: | Shingle | |
| Interior Walls: | Wood Studs | |
| Building Age: | 1930.0 | |
| Age of Roof: | 4 | |
| Basement: | Finished | |
| Elevated: | Non-Elevated | |
| Number of Stories: | 3.0 | |
| Number of Rooms: | 12.0 | |
| Number of Baths: | 4.0 | |



Kitchen over Laundry

## BUILDING VALUATION

| | | | |
|---|---|---|---|
| Total Square Feet: | 2622.0 | Estimated Total Value: | $477,519.41 |
| Value PSF: | 182.120292 | Depreciation: | $38,201.55 |
| PSF Source: | BCM Database | Estimated Actual Cash Value: | $439,317.85 |

## ESTIMATE RECAP

| | | | |
|---|---|---|---|
| Estimate Grand Totals: | $52,190.65 | | |
| Total Depreciation: | ($9,916.72) | Recoverable Depreciation: | $9,916.72 |
| A.C.V. Estimate Totals: | $42,273.93 | Non-Recoverable Depreciation: | $0.00 |
| Policy Deductible: | ($5,000.00) | Total Depreciation: | $9,916.72 |
| Final Totals: | $37,273.93 | | |

## ESTIMATE COMMENTS

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| --- | --- | --- | --- |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | : | OUR FILE NUMBER | : SIS-070613 |
| | : | ADJUSTER NAME | : VaRonda Hamilton |

## Estimate Section: Perimeter

Perimiter .................................................... 32' x 36' 9.0" x 8'
Offset ........................................................ 6' x 22' 6.0" x 8'

| Lower Perimeter: | 149.50 LF | Floor SF: | 1311.00 SF | Wall SF: | 1196.00 SF |
| --- | --- | --- | --- | --- | --- |
| Upper Perimeter: | 149.50 LF | Floor SY: | 145.67 SY | Ceiling SF: | 1311.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
| --- | --- | --- | --- | --- | --- |
| 13.0 EA | Remove and Replace Basement Window foundation item | $339.34 | $4,411.42 | $617.60 | $3,793.82 |
| 2.0 EA | Remove and Replace Condensing Unit for Air Conditioner<br>TCA436AKA4<br>L024397195<br>--------------------<br>TCA436AKA4<br>L024397101 | $4,034.97 | $8,069.94 | $2,824.48 | $5,245.46 |
| 598.0 SF | Pressure Wash Exterior Wall Stucco (100.0% / 4.0') | $0.26 | $155.48 | | $155.48 |
| 1.0 EA | Dumpster Rental | $877.20 | $877.20 | | $877.20 |
| | **Totals For Perimeter** | | **$13,514.04** | **$3,442.08** | **$10,071.96** |

## Estimate Section: Side Entry

Side Entry ................................................. 2' 10.0" x 3' 5.0" x 8'
Offset ........................................................ 3' x 2' 10.0" x 8'

| Lower Perimeter: | 18.50 LF | Floor SF: | 18.20 SF | Wall SF: | 148.00 SF |
| --- | --- | --- | --- | --- | --- |
| Upper Perimeter: | 18.50 LF | Floor SY: | 2.02 SY | Ceiling SF: | 18.20 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
| --- | --- | --- | --- | --- | --- |
| 18.2 SF | Flood Loss Clean-up (100.0%) | $1.41 | $25.66 | | $25.66 |
| 18.2 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $6.92 | | $6.92 |
| 74.0 SF | Mildewcide Wall Treatment (100.0% / 4.0') | $0.38 | $28.12 | | $28.12 |
| 18.2 SF | Remove and Replace Plank Board Subflooring (100.0%) | $4.84 | $88.09 | $6.17 | $81.92 |
| 18.2 SF | Remove and Replace Stone Tile Floor (100.0%) | $38.23 | $695.79 | $48.71 | $647.08 |
| 74.0 SF | Clean & Treat Wall Framing System (100.0% / 4.0') | $1.43 | $105.82 | | $105.82 |
| 37.0 SF | Remove and Replace Wall Insulation (50.0% / 4.0') | $1.00 | $37.00 | $2.59 | $34.41 |
| 74.0 SF | Remove and Replace Wall Drywall Taped and Floated (100.0% / 4.0') | $2.64 | $195.36 | $13.68 | $181.68 |
| 74.0 SF | Paint Walls (100.0% / 4.0') | $0.83 | $61.42 | $30.71 | $30.71 |
| 74.0 SF | Seal Walls (100.0% / 4.0') | $0.52 | $38.48 | $1.92 | $36.56 |
| 1.0 EA | Remove and Replace Prehung S/C Exterior Door | $1,499.15 | $1,499.15 | $149.92 | $1,349.23 |
| 1.0 EA | Paint / Finish Prehung S/C Exterior Door | $90.07 | $90.07 | $45.04 | $45.03 |
| 1.0 EA | Remove and Replace Casing for Prehung S/C Exterior Door | $54.65 | $54.65 | $3.83 | $50.82 |
| 1.0 EA | Paint / Finish Casing for Prehung S/C Exterior Door | $16.49 | $16.49 | $8.25 | $8.24 |
| 1.0 EA | Remove and Reinstall Door Hardware | $62.85 | $62.85 | | $62.85 |
| 2.0 EA | Remove and Replace Job-Built Stairs | $54.51 | $109.02 | $10.90 | $98.12 |
| 10.0 SF | Remove and Replace Landing for Job-Built Stairs | $20.59 | $205.90 | $20.59 | $185.31 |
| | **Totals For Side Entry** | | **$3,320.79** | **$342.31** | **$2,978.48** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| --- | --- | --- | --- |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

**Main Grouping:** Basement
**Estimate Section:** Kid's Room

Kid's Room .................................................. 14' 8.0" x 35' x 7'
Entry ............................................................ 6' x 4' 7.0" x 8'

| Lower Perimeter: | 111.30 LF | Floor SF: | 540.80 SF | Wall SF: | 800.50 SF |
| --- | --- | --- | --- | --- | --- |
| Upper Perimeter: | 115.90 LF | Floor SY: | 60.09 SY | Ceiling SF: | 540.80 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
| --- | --- | --- | --- | --- | --- |
| 540.8 SF | Flood Loss Clean-up (100.0%) | $1.41 | $762.53 | | $762.53 |
| 540.8 SF | Water Extraction (100.0%) | $2.21 | $1,195.17 | | $1,195.17 |
| 540.8 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $205.50 | | $205.50 |
| 800.5 SF | Mildewcide Wall Treatment (100.0% / 7.0') | $0.38 | $304.19 | | $304.19 |
| 540.8 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $205.50 | | $205.50 |
| 10.0 DY | Airmover for Water Loss | $25.75 | $257.50 | | $257.50 |
| 5.0 DY | Dehumidifier for Water Loss | $72.75 | $363.75 | | $363.75 |
| 200.1 SF | Remove and Replace Wall Insulation (25.0% / 7.0') | $1.00 | $200.10 | $30.02 | $170.08 |
| 800.5 SF | Remove and Replace Unfinished Residential Drywall (100.0% / 7.0') | $2.13 | $1,705.07 | $255.76 | $1,449.31 |
| 540.8 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $870.69 | $130.60 | $740.09 |
| 540.8 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $1,151.90 | $172.79 | $979.11 |
| 4.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $131.35 | $525.40 | $262.70 | $262.70 |
| 1.0 EA | Remove and Replace Single w/Wiring Light Switch | $120.07 | $120.07 | $60.04 | $60.03 |
| 8.0 EA | Remove and Replace Stairs unfinished | $139.68 | $1,117.44 | $111.74 | $1,005.70 |
| | **Totals For Kid's Room** | | **$8,984.81** | **$1,023.65** | **$7,961.16** |

**Main Grouping:** Basement
**Estimate Section:** Bedroom 1

Bedroom 1 .................................................. 7' x 13' x 7'

| Lower Perimeter: | 40.00 LF | Floor SF: | 91.00 SF | Wall SF: | 280.00 SF |
| --- | --- | --- | --- | --- | --- |
| Upper Perimeter: | 40.00 LF | Floor SY: | 10.11 SY | Ceiling SF: | 91.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
| --- | --- | --- | --- | --- | --- |
| 91.0 SF | Flood Loss Clean-up (100.0%) | $1.41 | $128.31 | | $128.31 |
| 91.0 SF | Water Extraction (100.0%) | $2.21 | $201.11 | | $201.11 |
| 91.0 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $34.58 | | $34.58 |
| 280.0 SF | Mildewcide Wall Treatment (100.0% / 7.0') | $0.38 | $106.40 | | $106.40 |
| 91.0 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $34.58 | | $34.58 |
| 10.0 DY | Airmover for Water Loss | $25.75 | $257.50 | | $257.50 |
| 5.0 DY | Dehumidifier for Water Loss | $72.75 | $363.75 | | $363.75 |
| 70.0 SF | Remove and Replace Wall Insulation (25.0% / 7.0') | $1.00 | $70.00 | $10.50 | $59.50 |
| 280.0 SF | Remove and Replace Unfinished Residential Drywall (100.0% / 7.0') | $2.13 | $596.40 | $89.46 | $506.94 |
| 91.0 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $146.51 | $21.98 | $124.53 |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| INSURED  | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
|---|---|---|---|
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
|  | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
|  |  | OUR FILE NUMBER | : SIS-070613 |
|  |  | ADJUSTER NAME | : VaRonda Hamilton |

**Estimate Section: Basement : Bedroom 1 - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 91.0 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $193.83 | $29.07 | $164.76 |
| 4.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $131.35 | $525.40 | $262.70 | $262.70 |
| 1.0 EA | Remove and Replace Single w/Wiring Light Switch | $120.07 | $120.07 | $60.04 | $60.03 |
| | **Totals For Bedroom 1** | | **$2,778.44** | **$473.75** | **$2,304.69** |

**Main Grouping: Basement**
**Estimate Section: Bedroom 2**

Bedroom 2 .................................................. 9' 2.0" x 11' 9.0" x 7'

| Lower Perimeter: | 41.80 LF | Floor SF: | 107.70 SF | Wall SF: | 292.80 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 41.80 LF | Floor SY: | 11.97 SY | Ceiling SF: | 107.70 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 107.7 SF | Flood Loss Clean-up (100.0%) | $1.41 | $151.86 | | $151.86 |
| 107.7 SF | Water Extraction (100.0%) | $2.21 | $238.02 | | $238.02 |
| 107.7 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $40.93 | | $40.93 |
| 292.8 SF | Mildewcide Wall Treatment (100.0% / 7.0') | $0.38 | $111.26 | | $111.26 |
| 107.7 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $40.93 | | $40.93 |
| 10.0 DY | Airmover for Water Loss | $25.75 | $257.50 | | $257.50 |
| 5.0 DY | Dehumidifier for Water Loss | $72.75 | $363.75 | | $363.75 |
| 73.2 SF | Remove and Replace Wall Insulation (25.0% / 7.0') | $1.00 | $73.20 | $10.98 | $62.22 |
| 292.8 SF | Remove and Replace Unfinished Residential Drywall (100.0% / 7.0') | $2.13 | $623.66 | $93.55 | $530.11 |
| 107.7 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $173.40 | $26.01 | $147.39 |
| 107.7 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $229.40 | $34.41 | $194.99 |
| 4.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $131.35 | $525.40 | $262.70 | $262.70 |
| 1.0 EA | Remove and Replace Single w/Wiring Light Switch | $120.07 | $120.07 | $60.04 | $60.03 |
| | **Totals For Bedroom 2** | | **$2,949.38** | **$487.69** | **$2,461.69** |

**Main Grouping: Basement**
**Estimate Section: Closet**

Closet .................................................. 3' 1.0" x 4' 7.0" x 7'

| Lower Perimeter: | 15.30 LF | Floor SF: | 14.10 SF | Wall SF: | 107.30 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 15.30 LF | Floor SY: | 1.57 SY | Ceiling SF: | 14.10 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 14.1 SF | Flood Loss Clean-up (100.0%) | $1.41 | $19.88 | | $19.88 |
| 14.1 SF | Water Extraction (100.0%) | $2.21 | $31.16 | | $31.16 |
| 14.1 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $5.36 | | $5.36 |
| 14.1 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $5.36 | | $5.36 |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| INSURED   | : Sarise J Dweck              | DATE OF REPORT  | : 02/28/2013       |
|-----------|-------------------------------|-----------------|--------------------|
| LOCATION  | : 56 Dover St                 | DATE OF LOSS    | : 10/29/2012       |
|           | : Brooklyn, NY 11235-3702     | POLICY NUMBER   | : 87050058832012   |
| COMPANY   | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207         |
|           |                               | OUR FILE NUMBER | : SIS-070613       |
|           |                               | ADJUSTER NAME   | : VaRonda Hamilton |

**Estimate Section:** Basement : Closet - Continued...

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 107.3 SF | Remove and Replace Unfinished Residential Drywall (100.0% / 7.0') | $2.13 | $228.55 | $34.28 | $194.27 |
| 14.1 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $22.70 | $3.41 | $19.29 |
| 14.1 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $30.03 | $4.50 | $25.53 |
| | **Totals For Closet** | | **$343.04** | **$42.19** | **$300.85** |

**Main Grouping:** Basement
**Estimate Section:** Bathroom

Bathroom .................................................... 3' 3.0" x 6' 9.0" x 7'

| Lower Perimeter: | 20.00 LF | Floor SF: | 21.90 SF | Wall SF: | 140.00 SF |
| Upper Perimeter: | 20.00 LF | Floor SY: | 2.43 SY | Ceiling SF: | 21.90 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 21.9 SF | Flood Loss Clean-up (100.0%) | $1.41 | $30.88 | | $30.88 |
| 21.9 SF | Water Extraction (100.0%) | $2.21 | $48.40 | | $48.40 |
| 21.9 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $8.32 | | $8.32 |
| 140.0 SF | Mildewcide Wall Treatment (100.0% / 7.0') | $0.38 | $53.20 | | $53.20 |
| 21.9 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $8.32 | | $8.32 |
| 35.0 SF | Remove and Replace Wall Insulation (25.0% / 7.0') | $1.00 | $35.00 | $5.25 | $29.75 |
| 140.0 SF | Remove and Replace Unfinished Residential Drywall (100.0% / 7.0') | $2.13 | $298.20 | $44.73 | $253.47 |
| 21.9 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $35.26 | $5.29 | $29.97 |
| 21.9 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $46.65 | $7.00 | $39.65 |
| 1.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $131.35 | $131.35 | $65.68 | $65.67 |
| 1.0 EA | Remove and Replace Single w/Wiring Light Switch | $120.07 | $120.07 | $60.04 | $60.03 |
| | **Totals For Bathroom** | | **$815.65** | **$187.99** | **$627.66** |

**Main Grouping:** Basement
**Estimate Section:** Kitchen

Kitchen .................................................... 8' 1.0" x 11' 8.0" x 7'

| Lower Perimeter: | 39.50 LF | Floor SF: | 94.30 SF | Wall SF: | 276.50 SF |
| Upper Perimeter: | 39.50 LF | Floor SY: | 10.48 SY | Ceiling SF: | 94.30 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 94.3 SF | Flood Loss Clean-up (100.0%) | $1.41 | $132.96 | | $132.96 |
| 94.3 SF | Water Extraction (100.0%) | $2.21 | $208.40 | | $208.40 |
| 94.3 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $35.83 | | $35.83 |
| 276.5 SF | Mildewcide Wall Treatment (100.0% / 7.0') | $0.38 | $105.07 | | $105.07 |
| 94.3 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $35.83 | | $35.83 |
| 10.0 DY | Airmover for Water Loss | $25.75 | $257.50 | | $257.50 |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| --- | --- | --- | --- |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

**Estimate Section: Basement : Kitchen - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
| --- | --- | --- | --- | --- | --- |
| 5.0 DY | Dehumidifier for Water Loss | $72.75 | $363.75 | | $363.75 |
| 69.1 SF | Remove and Replace Wall Insulation (25.0% / 7.0') | $1.00 | $69.10 | $10.37 | $58.73 |
| 276.5 SF | Remove and Replace Unfinished Residential Drywall (100.0% / 7.0') | $2.13 | $588.95 | $88.34 | $500.61 |
| 94.3 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $151.82 | $22.77 | $129.05 |
| 94.3 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $200.86 | $30.13 | $170.73 |
| 4.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $131.35 | $525.40 | $262.70 | $262.70 |
| 1.0 EA | Remove and Replace Single w/Wiring Light Switch | $120.07 | $120.07 | $60.04 | $60.03 |
| | **Totals For Kitchen** | | **$2,795.54** | **$474.35** | **$2,321.19** |

**Main Grouping: Basement**
**Estimate Section: Laundry Room**

Laundry Room .......................................... 4' 5.0" x 17' 3.0" x 7'
Offset ........................................................ 5' 7.0" x 6' x 7'

| Lower Perimeter: | 54.50 LF | Floor SF: | 109.70 SF | Wall SF: | 381.50 SF |
| --- | --- | --- | --- | --- | --- |
| Upper Perimeter: | 54.50 LF | Floor SY: | 12.19 SY | Ceiling SF: | 109.70 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
| --- | --- | --- | --- | --- | --- |
| 109.7 SF | Flood Loss Clean-up (100.0%) | $1.41 | $154.68 | | $154.68 |
| 109.7 SF | Water Extraction (100.0%) | $2.21 | $242.44 | | $242.44 |
| 109.7 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $41.69 | | $41.69 |
| 381.5 SF | Mildewcide Wall Treatment (100.0% / 7.0') | $0.38 | $144.97 | | $144.97 |
| 109.7 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $41.69 | | $41.69 |
| 6.0 DY | Airmover for Water Loss | $25.75 | $154.50 | | $154.50 |
| 2.0 DY | Dehumidifier for Water Loss | $72.75 | $145.50 | | $145.50 |
| 95.4 SF | Remove and Replace Wall Insulation (25.0% / 7.0') | $1.00 | $95.40 | $14.31 | $81.09 |
| 381.5 SF | Remove and Replace Unfinished Residential Drywall (100.0% / 7.0') | $2.13 | $812.60 | $121.89 | $690.71 |
| 109.7 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $176.62 | $26.49 | $150.13 |
| 109.7 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $233.66 | $35.05 | $198.61 |
| 4.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $131.35 | $525.40 | $262.70 | $262.70 |
| 1.0 EA | Remove and Replace Single w/Wiring Light Switch | $120.07 | $120.07 | $60.04 | $60.03 |
| | **Totals For Laundry Room** | | **$2,889.22** | **$520.48** | **$2,368.74** |



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

**Main Grouping:** Basement
**Estimate Section:** Utility Room

Utility Room .......................................................... 5' x 10' 9.0" x 7'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 31.50 LF | Floor SF: | 53.80 SF | Wall SF: | 220.50 SF |
| Upper Perimeter: | 31.50 LF | Floor SY: | 5.98 SY | Ceiling SF: | 53.80 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 53.8 SF | Flood Loss Clean-up (100.0%) | $1.41 | $75.86 | | $75.86 |
| 53.8 SF | Water Extraction (100.0%) | $2.21 | $118.90 | | $118.90 |
| 53.8 SF | Mildewcide Floor Treatment (100.0%) | $0.38 | $20.44 | | $20.44 |
| 220.5 SF | Mildewcide Wall Treatment (100.0% / 7.0') | $0.38 | $83.79 | | $83.79 |
| 53.8 SF | Mildewcide Ceiling Treatment (100.0%) | $0.38 | $20.44 | | $20.44 |
| 10.0 DY | Airmover for Water Loss | $25.75 | $257.50 | | $257.50 |
| 5.0 DY | Dehumidifier for Water Loss | $72.75 | $363.75 | | $363.75 |
| 110.3 SF | Remove and Replace Unfinished Residential Drywall (50.0% / 7.0') | $2.13 | $234.94 | $35.24 | $199.70 |
| 53.8 SF | Remove and Replace Ceiling Insulation (100.0%) | $1.61 | $86.62 | $12.99 | $73.63 |
| 53.8 SF | Remove and Replace Unfinished Residential Ceiling Drywall (100.0%) | $2.13 | $114.59 | $17.19 | $97.40 |
| 1.0 EA | Remove and Replace Water Heater replaced prior to inspection | $1,181.84 | $1,181.84 | $295.46 | $886.38 |
| 1.0 EA | Remove and Replace Single w/Wiring Light Switch | $120.07 | $120.07 | $60.04 | $60.03 |
| 1.0 EA | Remove and Replace Boiler replaced prior to inspection KIN7LNC-LE2 64451118 | $6,332.50 | $6,332.50 | $1,583.13 | $4,749.37 |
| | **Totals For Utility Room** | | **$9,011.24** | **$2,004.05** | **$7,007.19** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| **Repair Item Totals** | $47,402.15 | $8,998.54 | $38,403.61 |
| Less Excluded O&P Trade(s) | ($23,459.61) | ($4,407.61) | ($19,052.00) |
| Subtotal For O&P % | $23,942.54 | $4,590.93 | $19,351.61 |
| General Contractor Overhead (10.0%) | $2,394.25 | $459.09 | $1,935.16 |
| General Contractor Profit (10.0%) | $2,394.25 | $459.09 | $1,935.16 |
| Plus Excluded O&P Trades | $23,459.61 | $4,407.61 | $19,052.00 |
| Estimate Totals With O&P | $52,190.65 | $9,916.72 | $42,273.93 |
| Estimate Grand Totals | $52,190.65 | $9,916.72 | $42,273.93 |
| Less Deductible | ($5,000.00) | | ($5,000.00) |
| **BUILDING FINAL TOTALS** | **$47,190.65** | **$9,916.72** | **$37,273.93** |

| | |
|---|---|
| **RECOVERABLE DEPRECIATION *** | $9,916.72 |
| **NON-RECOVERABLE DEPRECIATION** | $0.00 |

*This amount represents the total recoverable depreciation for this estimate. Any payable recoverable depreciation is subject to policy coverage limit. Please check policy coverage limit prior to issuing any recoverable depreciation reimbursements.

The adjuster has no authority to approve or deny claims. R/R means: Remove and Replace damaged item. A copy of this estimate does not constitute a settlement of this claim. This estimate is subject to review and approval by your carrier, any additional repair to or replacement of items not included in this estimate is also subject to the insurance company's prior approval. You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair/replacement in the event of any future loss. This is not an authorization for repairs. The hiring of a contractor is strictly the decision of the policy holder.

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| | | | |
|---|---|---|---|
| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | : | OUR FILE NUMBER | : SIS-070613 |
| | : | ADJUSTER NAME | : VaRonda Hamilton |

# ITEMS EXCLUDED FROM CONTRACTOR OVERHEAD AND PROFIT

| TRADE/SUBTRADE/ITEMS | RCV | DEP | ACV |
|---|---|---|---|
| **1.0 GENERAL CONDITIONS** | **$1,638.10** | **$0.00** | **$1,638.10** |
| 1.2 CLEANING | $1,638.10 | $0.00 | $1,638.10 |
| **15.0 MECHANICAL** | **$14,402.44** | **$4,407.61** | **$9,994.83** |
| 15.3 H.V.A.C. | $8,069.94 | $2,824.48 | $5,245.46 |
| 15.7 BOILERS | $6,332.50 | $1,583.13 | $4,749.37 |
| **17.0 CONTRACT CLEANING** | **$7,419.07** | **$0.00** | **$7,419.07** |
| 17.1 CLEANING | $4,012.82 | $0.00 | $4,012.82 |
| 17.2 EQUIPMENT | $3,406.25 | $0.00 | $3,406.25 |
| **TOTAL AMOUNT EXCLUDED FROM O&P** | **$23,459.61** | **$4,407.61** | **$19,052.00** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| --- | --- | --- | --- |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

# A.P.S. ESTIMATE

## BUILDING INFORMATION

## BUILDING VALUATION

| | | | |
| --- | --- | --- | --- |
| Total Square Feet: | 351.0 | Estimated Total Value: | $82,382.46 |
| Value PSF: | 234.707851 | Depreciation: | $6,590.60 |
| PSF Source: | BCM Database | Estimated Actual Cash Value: | $75,791.86 |

## ESTIMATE RECAP

| | |
| --- | --- |
| Estimate Grand Totals: | $3,313.42 |
| Total Depreciation: | ($490.34) |
| A.C.V. Estimate Totals: | $2,823.08 |
| Policy Deductible: | ($0.00) |
| Final Totals: | $2,823.08 |

## ESTIMATE COMMENTS

\*\*\* *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* \*\*\*



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

## Estimate Section: Detached Garage

Detached Garage .................................. 19' 6.0" x 18' x 8'
Door ........................................................ 16' x 7'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 59.00 LF | Floor SF: | 351.00 SF | Wall SF: | 488.00 SF |
| Upper Perimeter: | 75.00 LF | Floor SY: | 39.00 SY | Ceiling SF: | 351.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 351.0 SF | Flood Loss Clean-up (100.0%) | $1.41 | $494.91 | | $494.91 |
| 122.0 SF | Mildewcide Wall Treatment (50.0% / 4.0') | $0.38 | $46.36 | | $46.36 |
| 6.0 DY | Airmover for Water Loss | $25.75 | $154.50 | | $154.50 |
| 1.0 EA | Remove and Replace Garage Door | $1,692.19 | $1,692.19 | $338.44 | $1,353.75 |
| 1.0 EA | Remove and Replace Infrared Sensor For Garage Door | $350.92 | $350.92 | $70.18 | $280.74 |
| 244.0 SF | Pressure Wash Exterior Wall Stucco (100.0% / 4.0') | $0.26 | $63.44 | | $63.44 |
| 244.0 SF | Pressure Wash Masonry Block Wall (100.0% / 4.0') interior | $0.42 | $102.48 | | $102.48 |
| | **Totals For Detached Garage** | | **$2,904.80** | **$408.62** | **$2,496.18** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/5.1-SP1 Simsol Insurance Services

**Page: 1**



| INSURED | : Sarise J Dweck | DATE OF REPORT | : 02/28/2013 |
| LOCATION | : 56 Dover St | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235-3702 | POLICY NUMBER | : 87050058832012 |
| COMPANY | : Hartford Fire Insurance Company | CLAIM NUMBER | : 10348207 |
| | | OUR FILE NUMBER | : SIS-070613 |
| | | ADJUSTER NAME | : VaRonda Hamilton |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---:|---:|---:|
| **Repair Item Totals** | $2,904.80 | $408.62 | $2,496.18 |
| Less Excluded O&P Trade(s) | ($861.69) | $0.00 | ($861.69) |
| Subtotal For O&P % | $2,043.11 | $408.62 | $1,634.49 |
| General Contractor Overhead (10.0%) | $204.31 | $40.86 | $163.45 |
| General Contractor Profit (10.0%) | $204.31 | $40.86 | $163.45 |
| Plus Excluded O&P Trades | $861.69 | $0.00 | $861.69 |
| Estimate Totals With O&P | $3,313.42 | $490.34 | $2,823.08 |
| Estimate Grand Totals | $3,313.42 | $490.34 | $2,823.08 |
| **APS FINAL TOTALS** | **$3,313.42** | **$490.34** | **$2,823.08** |

The adjuster has no authority to approve or deny claims. R/R means: Remove and Replace damaged item. A copy of this estimate does not constitute a settlement of this claim. This estimate is subject to review and approval by your carrier, any additional repair to or replacement of items not included in this estimate is also subject to the insurance company's prior approval. You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair/replacement in the event of any future loss. This is not an authorization for repairs. The hiring of a contractor is strictly the decision of the policy holder.

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***