GERALD J. NIELSEN
JOHN D. CARTER
WILLIAM T. TREAS

KIM TRAN BRITT
JOSEPH J. AGUDA JR.
ALLEN D. KINCANNON
DEANI BEARD MILANO
CHRISTOPHER J. BELL
MICHAEL D. BREININ
JASON M. VERDIGETS

# NIELSEN, CARTER & TREAS, LLC

3838 NORTH CAUSEWAY BOULEVARD
SUITE 2850
METAIRIE, LOUISIANA 70002
PHONE (504) 837-2500
FAX (504) 832-9165
E-MAIL: GJNielsen@nct-law.com

KRISTIE LUKE MOUNEY
KEITH M. DETWEILER
WILLIAM R. DEJEAN
GINO R. FORTE
HEATHER W. BLACKBURN
KENNETH M. WAGUESPACK, JR.
B. MARIANNE WISE
JADE C. McKEOUGH
SHANNON C. BURR

September 20, 2013

**VIA FACSIMILE & U.S. MAIL**
**718-891-5600**
Ben Pinczewski, Esq.
Pinczewski & Shpelfogel, P.C.
2753 Coney Island Avenue
2nd Floor
Brooklyn, NY 11235

Re: *Stephen and Sarise Dweck*
Policy #: 87-05005883-2012

Dear Mr. Pinczewski:

I am sending this letter to confirm our conversation Wednesday afternoon in the above referenced matter. First, it was a pleasure speaking with you regarding your client's property and flood loss claim. As we discussed, and in order to facilitate the conclusion of this flood loss claim, we have agreed to have a totally separate and independent engineer inspect your client's property with regard to the flood loss resulting from Super Storm Sandy. As we discussed during our conversation, this is not Hartford's money at stake but U.S. Treasury funds pursuant to the National Flood Insurance Program. Hartford's duty is to make sure that all funds are appropriated properly with regard to a flood loss claim. Also, as discussed you requested that SIMSOL, the independent adjusting company, coordinate with your office to set up the inspection by the new engineer rather than contacting your client directly. I have informed both Hartford and SIMSOL of this. Someone will be contacting your office shortly to set up the inspection by the engineer.

If you have any questions regarding this matter, please feel free to contact me.

Sincerely,

*Bill*

William T. Treas

WTT/srd

**EXHIBIT 10**