UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

IN RE: HURRICANE SANDY CASES

THIS DOCUMENT APPLIES TO:

Docket No.:   13-cv-05393 (RJD) (RER)
                   13-cv-06995 (ADS) (AKT)

                              Index No.: 14-cv-06920
                              (ERK)(JMA)

-------------------------------------------------------------------------- x

PLEASE TAKE NOTICE, that below is a list of exhibits that non-party HiRise

Engineering, P.C. ("HiRise") may offer during the forthcoming hearing which was originally

scheduled for January 28, 2015.  HiRise respectfully requests that these exhibits be pre-admitted.

## HiRise's Exhibit List

| | |
|---|---|
| 1 | Email from Jenny Smaragdas to Harold Weinberg dated January 9, 2013 |
| 2 | Flood/Structural Assessment Subcontractor Agreement dated January 15, 2013 |
| 3 | Email from Jenny Smaragdas to Harold Weiberg dated January 24, 2013 |
| 4 | Email from Harold Weinberg to Jenny Smaragdas dated January 28, 2013 |
| 5 | Email from Harold Weinberg to Evangelos Skartsiaris dated January 30, 2013 |
| 6 | Email from Jenny Smaragdas to Harold Weinberg dated February 5, 2013 |
| 7 | Invoice from Harold Weinberg dated February 6, 2013 |
| 8 | Email from Jason Balmaceda to submit@gebhr.com dated February 20, 2013 |
| 9 | Email from Matt Pappalardo to Jason Balmaceda dated February 26, 2013 |
| 10 | Email from Harold Weinberg to Jenny Smaragdas dated February 28, 2013 |
| 11 | Email from Jenny Smaragdas to Jason Balmaceda dated March 11, 2013 |
| 12 | Email from Jason Balmaceda to Jenny Smaragdas dated March 12, 2013 |
| 13 | Email from Jason Balmaceda to Jenny Smaragdas dated March 12, 2013 |
| 14 | Email from Jason Balmaceda to Jenny Smaragdas dated March 12, 2013 |
| 15 | Email from Jason Balmaceda to Jenny Smaragdas dated March 15, 2013 |
| 16 | Email from Harold Weinberg to Jenny Smaragdas dated March 15, 2013 |
| 17 | Email from Jason Balmaceda to submit@gebhr.com dated March 15, 2013 |
| 18 | Email from Matt Pappalardo to Jason Balmaceda and Harold Weinberg dated March 18, 2013 |
| 19 | Email from Matt Pappalardo to alan3812@yahoo.com dated June 17, 2013 |
| 20 | Email from Jenny Smaragdas to Jason Balmaceda and Harold Weinberg dated June 19, 2013 |
| 21 | Revised report dated August 20, 2013 |

| 22 | Letters of Understanding signed by Harold Weinberg dated August 20, 2013 |
|----|---------------------------------------------------------------------------|
| 23 | Email from Jenny Smaragdas to Matt Pappalardo dated August 23, 2013 |
| 24 | Email from Jason Balmaceda to Jenny Smaragdas dated August 23, 2013 |
| 25 | Email from Jason Balmaceda to Elizabeth O'Keefe and submit@gebhr.com dated February 7, 2013 |
| 26 | Email from Jason Balmaceda to submit@gebhr.com dated February 18, 2013 |
| 27 | Email from Jenny Smaragdas to Harold Weinberg and Jason Balmaceda dated February 27, 2013 |
| 28 | Email from Harold Weinberg to Jenny Smaragdas dated February 28, 2013 |
| 29 | Letter from United Technical Consultants, L.L.C. to The Standard Fire Insurance Co. c/o All Seasons Adjusting dated March 11, 2013 |
| 30 | Email from Matt Pappalardo to Jason Balmaceda dated April 18, 2013 |
| 31 | Email from Jason Balmaceda to Matt Pappalardo dated April 18, 2013 |

Dated: New York, New York
      January 26, 2015

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: _____
        Peter A. Meisels (PM 5018)
1133 Westchester Avenue
White Plains, New York 10604
Telephone: (914) 323-7000
E-mail: peter.meisels@wilsonelser.com
*Attorneys for Non-party HIRISE*
*ENGINEERING, P.C.,*

5377718v.1