Case 1:14-cv-06920-ERK-LB   Document 49-1   Filed 01/26/15   Page 1 of 5 PageID #: 384

## Belvedere, Angela

| | |
|---|---|
| From: | Jenny Smaragdas |
| Sent: | Wednesday, January 09, 2013 6:11 PM |
| To: | heshiewein@yahoo.com |
| Cc: | Matt Pappalardo; Evangelos Skartsiaris; Chandra Claypool |
| Subject: | New UTC Assignments |
| Attachments: | 8737 Assignment--Dweck.pdf; 8895 Assignment--Shlyonsky.pdf; 8926 Assignment--Gardner, C.pdf; 8955 Assignment--Haies, J.pdf |

Good Evening Harold,

Attached, please find Four (4) New UTC projects assigned to you. Please contact the homeowners within 48 hours, and provide updates to us accordingly. Thank you so much, and we greatly appreciate it.

| | | | |
|---|---|---|---|
| 1/9/2013 | 56 Dover St, Brooklyn, NY 11235 | Brooklyn | 8737 |
| 1/9/2013 | 229 Exeter Street, Brooklyn, NY 11235 | Brooklyn | 8895 |
| 1/9/2013 | 3086 Gerritsen Ave, Brooklyn, NY 11229 | Brooklyn | 8926 |
| 1/9/2013 | 150 Coleridge Street, Brooklyn, NY 11235 | Brooklyn | 8955 |

All the Best,

Jenn Smaragdas
Marketing Coordinator
*Gibbons, Esposito & Boyce, Engineers, P.C.*
*HiRise Engineering P.C.*
50 Charles Lindbergh Blvd, Suite 503
Uniondale, NY 11553
P: 516.222.4522
F: 516.222.4572
C: 917.328.2891
E: JS@gebhr.com
www.gebhr.com

1



Assignment From
**United Technical Consultants L.L.C.**
PO Box 30
Phoenixville, PA 19460

Phone: 866-933-5750  Job Number:
Fax: 610-933-5270
e-mail: Ben@callutc.com

8737                                          UTC

| | |
|---|---|
| Consultant: | Hirise, General |
| Date received: | 01/03/2013 |
| Date assigned: | 01/08/2013 |
| Date of loss: | 10/29/2012 |
| Insured: | Dweck, Sarise and Stephen |
| Phone: | 907-690-8256 |
| Mobile: | 917-690-8256 |
| Fax: | |
| Home: | |
| Loss Location: | 56 Dover St, Brooklyn, NY 11235 |
| Contact: | |
| Contact Phone: | |

Description of Loss: Exterior wall crack, interior kitchen wall and tile floor cracks, floor bowing. Please inspect entire foundation system, also living area for related damage

Scope of Service:

1. Schedule inspection with insured within 48 hours of receipt of job!! Please confirm with insured that there is full access to damaged areas!!
2. E-mail ben@callutc.com with date of inspection.
3. Please comment on how basic structure was built.
4. Inspect entire structure, interior and exterior, including foundation (and slab if one exists), take 15-20 color photographs and list structural damages caused by flood.
5. Determine exactly how flood or other caused listed damages to occur.
6. Comment on whether damage is from velocity flow against the structure or settlement. If settlement, how was settlement caused?
7. Comment on what damages existed prior to this one event.
8. Conclusions must state what damage was caused by moving surface flood water and/or pressure of floodwater against the structure . If none, please state that.
9. Conclusions must state what damage was caused by differential settlement and how settlement occurred. If none, please state that.
10. Conclusions must state what of damage is long term and/or existed before the flood. If none, please state that.
11. If damage is from multiple causes please estimate percent of damage caused by each in conclusions.
12. If brick/stone veneer, if possible inspect framing and exterior sheathing for flood damage. If flood damaged, PLEASE call Ben prior to writing report.
13. Thoroughly detail repairs to return structure to pre-flood condition for damage caused only by moving surface water and/or hydrostatic pressure.
14. E-mail report, color photographs and invoice to submit@callutc.com.
15. Please have UTC's job number on ALL correspondence with us.
16. Report due no later than 14 days after "Date received" (above).
17. If you cannot complete scope of services by due date please contact us immediately!

*UTC Inc Short form*

Case 1:14-cv-06920-ERK-LB   Document 49-1   Filed 01/26/15   Page 3 of 5 PageID #: 386

Assignment From
**United Technical Consultants L.L.C.**
PO Box 30
Phoenixville, PA 19460

Phone: 866-933-5750  Job Number:
Fax: 610-933-5270
e-mail: Ben@callutc.com

8895                                    UTC

| | |
|---|---|
| Consultant: | Hirise, General |
| Date received: | 01/07/2013 |
| Date assigned: | 01/09/2013 |
| Date of loss: | 10/29/2012 |
| Insured: | Shlyonsky, Gary |
| Phone: | 347-564-0800 |
| Mobile: | |
| Fax: | |
| Home: | |
| Loss Location: | 229 Exeter Street, Brooklyn, NY 11235 |
| Contact: | |
| Contact Phone: | |

Description of Loss: Interior and exterior damages in limestone pillars and blocks are caused by flooding. Please inspect entire foundation due to flooding.

Scope of Service:
1. Schedule inspection with insured within 48 hours of receipt of job!! Please confirm with insured that there is full access to damaged areas!!
2. E-mail ben@callutc.com with date of inspection.
3. Please comment on how basic structure was built.
4. Inspect entire structure, interior and exterior, including foundation (and slab if one exists), take 15-20 color photographs and list structural damages caused by flood.
5. Determine exactly how flood or other caused listed damages to occur.
6. Comment on whether damage is from velocity flow against the structure or settlement. If settlement, how was settlement caused?
7. Comment on what damages existed prior to this one event.
8. Conclusions must state what damage was caused by moving surface flood water and/or pressure of floodwater against the structure. If none, please state that.
9. Conclusions must state what damage was caused by differential settlement and how settlement occurred. If none, please state that.
10. Conclusions must state what of damage is long term and/or existed before the flood. If none, please state that.
11. If damage is from multiple causes please estimate percent of damage caused by each in conclusions.
12. If brick/stone veneer, if possible inspect framing and exterior sheathing for flood damage. If flood damaged, PLEASE call Ben prior to writing report.
13. Thoroughly detail repairs to return structure to pre-flood condition for damage caused only by moving surface water and/or hydrostatic pressure.
14. E-mail report, color photographs and invoice to submit@callutc.com.
15. Please have UTC's job number on ALL correspondence with us.
16. Report due no later than 14 days after "Date received" (above).
17. If you cannot complete scope of services by due date please contact us immediately!

*UTC Inc. Short form*

|  |  |
|---|---|
| Assignment From<br>**United Technical Consultants L.L.C.**<br>PO Box 30<br>Phoenixville, PA 19460 | Phone: 866-933-5750  Job Number:<br>Fax: 610-933-5270<br>e-mail: Ben@callutc.com |

8926                                                   UTC

Consultant:       Hirise, General

Date received:    01/07/2013
Date assigned:    01/09/2013
Date of loss:     10/29/2012

Insured:          Gardner, Christopher
Phone:            718-513-4712
Mobile:           347-210-5548
Fax:
Home:

Loss Location:    3086 Gerritsen Ave, Brooklyn, NY 11229

Contact:
Contact Phone:

Description of Loss: Foundation has been blown away. Please inspect entire foundation due to flooding.

Scope of Service:
1. Schedule inspection with insured within 48 hours of receipt of job!! Please confirm with insured that there is full access to damaged areas!!
2. E-mail ben@callutc.com with date of inspection.
3. Please comment on how basic structure was built.
4. Inspect entire structure, interior and exterior, including foundation (and slab if one exists), take 15-20 color photographs and list structural damages caused by flood.
5. Determine exactly how flood or other caused listed damages to occur.
6. Comment on whether damage is from velocity flow against the structure or settlement. If settlement, how was settlement caused?
7. Comment on what damages existed prior to this one event.
8. Conclusions must state what damage was caused by moving surface flood water and/or pressure of floodwater against the structure. If none, please state that.
9. Conclusions must state what damage was caused by differential settlement and how settlement occurred. If none, please state that.
10. Conclusions must state what of damage is long term and/or existed before the flood. If none, please state that.
11. If damage is from multiple causes please estimate percent of damage caused by each in conclusions.
12. If brick/stone veneer, if possible inspect framing and exterior sheathing for flood damage. If flood damaged, PLEASE call Ben prior to writing report.
13. Thoroughly detail repairs to return structure to pre-flood condition for damage caused only by moving surface water and/or hydrostatic pressure.
14. E-mail report, color photographs and invoice to submit@callutc.com.
15. Please have UTC's job number on ALL correspondence with us.
16. Report due no later than 14 days after "Date received" (above).
17. If you cannot complete scope of services by due date please contact us immediately!

*UTC Inc. Short form*

|  | Assignment From | Phone: 866-933-5750  Job Number: |
|---|---|---|
|  | **United Technical Consultants L.L.C.** | Fax: 610-933-5270 |
|  | PO Box 30 | e-mail: Ben@callutc.com |
|  | Phoenixville, PA 19460 |  |

8955                                                    UTC

| Consultant: | Hirise, General |
|---|---|
| Date received: | 01/08/2013 |
| Date assigned: | 01/09/2013 |
| Date of loss: | 10/30/2012 |
| Insured: | Haies, Jay and Evelyn |
| Phone: | 212-470-0967 |
| Mobile: | 718-644-0692 |
| Fax: |  |
| Home: |  |
| Loss Location: | 150 Coleridge Street, Brooklyn, NY 11235 |
| Contact: |  |
| Contact Phone: |  |

Description of Loss: Cracks in foundation, possible shifting of structure. Please inspect entire foundation system, also living area for related damage, following the Scope of Service below.

Scope of Service:
1. Schedule inspection with insured within 48 hours of receipt of job!! Please confirm with insured that there is full access to damaged areas!!
2. E-mail ben@callutc.com with date of inspection.
3. Please comment on how basic structure was built.
4. Inspect interior and exterior of entire structure including foundation, take 15-20 color photographs and make detailed list of all structural damages.
5. Determine exactly how flood or other caused listed damages to occur.
6. Comment on whether damage is from velocity flow against the structure or settlement. If settlement, how was settlement caused?
7. Also comment if damage is from poor drainage, wind, bad construction or other.
8. Comment on what damages existed prior to this one event.
9. If brick/stone veneer, if possible inspect framing and exterior sheathing for flood damage. If flood damaged, PLEASE call Ben prior to writing report.
10. Please also comment on any damaged finishes (siding, drywall, flooring etc.) and damage cause(s).
11. Thoroughly detail repairs to return structure to pre-flood condition for damage caused only by moving surface water and/or hydrostatic pressure.
12. If repairs are not feasible then please state that fact.
13. E-mail report, color photographs and invoice to submit@callutc.com.
14. Please be sure to include photo captions.
15. Report due no later than 14 days after "Date received" (above).
16. Please have UTC's job number on ALL correspondence with us.
17. If you cannot complete scope of services by due date please contact us immediately!

*UTC Inc. Short form*