Execution Version 7-2-15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
STEPHEN DWECK and SARISE DWECK,
individually and on behalf of others similarly situated,   Docket No.:
                                                            14-cv-06920 (ERK)(JMA)
                               Plaintiffs,

     -against-


HARTFORD INSURANCE COMPANY OF THE
MIDWEST, et al.

                               Defendants.
------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Stephen Dweck and Sarise Dweck ("Plaintiffs") and Defendant, Hartford Insurance Company of the Midwest ("Hartford") that Plaintiffs' claims against Hartford in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July __, 2015 [Sept 25]


PINCZEWSKI & SHPELFOGEL, P.C.

By:_____
       Mitchell Shpelfogel, Esq.
Pinczewski & Shpelfogel, PC
2753 Coney Island Avenue, 2nd Floor
Brooklyn, New York 11235

       -and-

Gregory F. Cox, Esq.
The Mostyn Law Firm
3810 W. Alabama Street
Houston, Texas  77027

*Counsel for Plaintiffs, Stephen Dweck and Sarise Dweck*

Execution Version 7-2-15

RIVKIN RADLER LLP

By: _____
     Barry I. Levy, Esq. / Brian L. Bank, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

*Counsel for Defendant, Hartford Insurance Company of the Midwest*

**SO ORDERED:**

_____
U.S.D.J.

_____, 2015